UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 24-cv-2064-KMM-DJF

KARLA LEANN ERTZ,

      Plaintiff,

**ORDER**

  v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

Based on the Court's review of the record in this matter, and the meet-and-confer statement (Doc. 29) indicating that the parties stipulate to an award of fees as requested by the Plaintiff, the Motion for Attorneys' Fees (Doc. 22) pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), is GRANTED. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall be awarded attorneys' fees under the EAJA in the amount of $7,675.50.

Date: December 4, 2024

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge